UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Shock Doctor, Inc., | Case No. 0:16-cv-02907-WMW-SER |
| *Plaintiff,* | |
| v. | **STIPULATION FOR TEMPORARY STAY TO FINALIZE SETTLEMENT AGREEMENT** |
| Battle Sports Science, LLC, and Active Brands Company, LLC, | |
| *Defendants.* | |

The parties in the above-captioned case are presently working to finalize a written settlement agreement, and have already exchanged multiple drafts of a written settlement agreement. The contemplated agreement would, among other terms, include the dismissal of all claims and counterclaims in this action and the 0:17-cv-00013-SRN-SER matter that is also pending between the parties. In order to focus their efforts and resources over the next few weeks on finalizing and executing a written settlement agreement, the parties stipulate and jointly request that this case be stayed until November 17, 2017. If the parties are unable to finalize a settlement agreement by that date, the parties will provide a joint status letter updating the Court on settlement efforts and, if necessary, submitting the parties' proposed schedule for resuming the litigation.

1

| Dated: October 27, 2017 | FAEGRE BAKER DANIELS LLP |
|---|---|
| | */s/Kevin P. Wagner* |
| | James R. Steffen (#204717) |
| | *James.Steffen@FaegreBD.com* |
| | Kevin P. Wagner (#034008X) |
| | *Kevin.Wagner@FaegreBD.com* |
| | Peter M. Routhier (#391488) |
| | *Peter.Routhier@FaegreBD.com* |
| | Doowon R. Chung (#0397413) |
| | *Doowon.Chung@FaegreBD.com* |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402-3901 |
| | Telephone: (612) 766-7000 |
| | Fax: (612) 766-1600 |
| | |
| | ***Attorneys for Plaintiff Shock Doctor, Inc.*** |
| | |
| Dated: October 27, 2017 | KUTAK ROCK LLP |
| | |
| | */s/Aaron A. Myers* |
| | Niall A. MacLeod (MN #269281) |
| | Diane L. Peterson (MN #270702) |
| | Aaron A. Myers (MN #311959) |
| | 60 South Sixth Street, Suite 3400 |
| | Minneapolis, MN, 55402 |
| | Tel: (612) 334-5000 |
| | Fax: (612) 334-5050 |
| | Email: niall.macleod@kutakrock.com |
| | Email: diane.peterson@kutakrock.com |
| | Email: aaron.myers@kutakrock.com |
| | |
| | ***Attorneys for Defendants Battle Sports Science, LLC and Active Brands Company, LLC*** |