UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Shock Doctor, Inc., | Case No. 0:16-cv-02907-WMW-SER |
| *Plaintiff,* | |
| v. | **STIPULATION OF DISMISSAL** |
| Battle Sports Science, LLC, and Active Brands Company, LLC, | |
| *Defendants.* | |

IT IS HEREBY STIPULATED by the parties, subject to approval of the Court, that:

1. All claims and counterclaims between the parties are hereby dismissed with prejudice,

2. Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| Dated: November 28, 2017 | FAEGRE BAKER DANIELS LLP |
| | *s/Kevin P. Wagner* |
| | James R. Steffen (#204717) |
| |   *James.Steffen@FaegreBD.com* |
| | Kevin P. Wagner (#034008X) |
| |   *Kevin.Wagner@FaegreBD.com* |
| | Peter M. Routhier (#391488) |
| |   *Peter.Routhier@FaegreBD.com* |
| | Doowon R. Chung (#0397413) |
| |   *Doowon.Chung@FaegreBD.com* |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402-3901 |
| | Telephone: (612) 766-7000 |
| | Fax: (612) 766-1600 |
| | **Attorneys for Plaintiff Shock Doctor, Inc.** |

1

Dated: November 28, 2017                    KUTAK ROCK LLP


                                            *s/Michael S. Degan*
                                            Michael S. Degan (*pro hac vice*)
                                            1650 Farnam Street
                                            The Omaha Building
                                            Omaha, NE 68102-2186
                                            (402) 346-6000
                                            Email: michael.degan@kutakrock.com

                                            Niall A. MacLeod (MN #269281)
                                            Diane L. Peterson (MN #270702)
                                            Aaron A. Myers (MN #311959)
                                            60 South Sixth Street, Suite 3400
                                            Minneapolis, MN, 55402
                                            Tel: (612) 334-5000
                                            Fax: (612) 334-5050
                                            Email: niall.macleod@kutakrock.com
                                            Email: diane.peterson@kutakrock.com
                                            Email: aaron.myers@kutakrock.com

                                            ***Attorneys for Defendants Battle Sports Science, LLC and Active Brands Company, LLC***