UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Shock Doctor, Inc., | Case No. 16-cv-2907 (WMW/SER) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Battle Sports Science, LLC, and Active Brands Company, LLC, | |
| Defendants. | |

Based upon the Stipulation for Dismissal With Prejudice (Dkt. 49), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter, including all claims, counterclaims, and causes of action that were made or that could have been made in this action, is dismissed with prejudice and with each party bearing its own costs and attorneys' fees in connection with such claims.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 29, 2017

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge